United States District Court

For the Northern District of California

1

2

3

4      IN THE UNITED STATES DISTRICT COURT

5

6      FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8      JAMES B. HAMILTON,                              No. C 13-0019 WHA (PR)

            Plaintiff,                            **ORDER OF TRANSFER**

9
         vs.
10

11     RIVERSIDE SHERIFF
       DEPARTMENT; ROBERT PRESLY;
       RIVERSIDE COUNTY REGIONAL                      (Docket No. 2, 6)
12     MEDICAL CENTER; PATRICIA
       KNUDSON; TRANSPORTATION
13     DEPUTIES,

14          Defendants.
                                                    /
15

16          This is a civil rights case brought pro se by a state prisoner incarcerated at Wasco State

17     Prison in Wasco, California. He sues officials and entities in Riverside County based on actions

18     they took while he was in the custody of the Riverside County Sheriff. Riverside County is

19     located within the venue of the United States District Court for the Central District of

20     California. Venue for this case is therefore proper in the Central District. *See* 28 U.S.C. 1391.

21     Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States

22     District Court for the Central District of California. *See* 28 U.S.C. 1404(a), 1406(a). Ruling on

23     plaintiff's application for leave to proceed in forma pauperis (dkt. 2, 6) is deferred to the

24     Central District. The clerk shall transfer this matter forthwith.

25          **IT IS SO ORDERED.**

26
       Dated: February ___28___, 2013.
27
                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE

28     G:\PRO-SE\WHA\CR.13\HAMILTON0019.TRN.wpd