JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. HAMILTON, | Case No. EDCV 13-0416-DOC (DTB) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| RIVERSIDE SHERIFF DEPT, ET AL., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: February 18, 2014

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1